FILED
CLERK, U.S. DISTRICT COURT

APR 1 2 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> SAVANNAH ROSE WOFFORD, </br></br> Defendant. | Case No. SA 23-00215M </br></br> ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California, for alleged violations of the terms and conditions of her supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Instant allegations; prior violations of probation and/or supervised release suggest lack of amenability to supervision.*

and

B.  ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *Criminal history; instant allegations; prior violations of probation and/or supervised release suggest lack of amenability to supervision.*

IT THEREFORE IS ORDERED that the defendant be detained pending further proceedings and/or transfer to the charging district.

Dated: 4-12-2023

DOUGLAS F. McCORMICK
United States Magistrate Judge